UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PETER SCHAUB, et al.,

    Plaintiffs,

v.

THE BANK OF NEW YORK MELLON, et al.,

    Defendants.

C18-505 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The unopposed motion for extension brought by defendants Bank of New York Mellon ("BNYM") and Nationstar Mortgage, LLC ("Nationstar"), docket no. 7, is GRANTED. The deadline for BNYM and Nationstar to file a responsive pleading or motion is EXTENDED from April 12, 2018, to May 1, 2018.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of April, 2018.

                                  William M. McCool
                                  Clerk

                                  s/Karen Dews
                                  Deputy Clerk

MINUTE ORDER - 1