UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PETER SCHAUB, et al.,

    Plaintiffs,

v.

THE BANK OF NEW YORK MELLON, et al.,

    Defendants.

C18-505 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The motion to dismiss brought by defendant First Horizon Home Loans, a division of First Tennessee Bank National Association, docket no. 8, is RENOTED to May 25, 2018, and will be considered, if appropriate, after the Court rules on plaintiffs' motion to remand, docket no. 14, which is also noted for May 25, 2018.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 29th day of May, 2018.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 1